# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00512-GCM

| | |
|---|---|
| MICHELLE MCCATHERN, | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )    **ORDER** |
| | ) |
| SS HICKORY EAST OPERATING COMPANY, LLC, | )<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

The Court, having considered the parties' Consent Motion to Stay Proceedings Pending Arbitration of All Claims (Doc. No. 7), and it appearing to the Court that the Motion is supported by good cause, **IT IS THEREFORE ORDERED** that the matter is stayed pending arbitration of all claims. The parties are ordered to promptly notify the Court of the outcome of the arbitration proceedings.

Signed: August 12, 2016

_Graham C. Mullen_
Graham C. Mullen
United States District Judge